## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>425 Third Street SW, Suite 800 )<br>Washington, DC 20024, )<br>)<br>        Plaintiff, )<br>v. )<br>)<br>NATIONAL SECURITY AGENCY, )<br>9800 Savage Road, No. 6623 )<br>Fort Meade, MD 20755, )<br>)<br>        Defendant. )<br>_____) | Civil Action No. |

## COMPLAINT

Plaintiff, Judicial Watch, Inc. brings this action against Defendant National Security Agency to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street SW, Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, integrity, and accountability in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA. Plaintiff analyzes the

agencies' responses and disseminates both its findings and the requested records to the American public to inform them about "what their government is up to."

4. Defendant National Security Agency ("NSA") is an agency of the U.S. Government headquartered at 9800 Savage Road, Fort Meade, MD 20755. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On September 1, 2020, Plaintiff served two FOIA requests on NSA seeking access to records concerning, regarding, or relating to requests by various government officials to "unmask the identity of former National Security Advisor Lieutenant General Michael. T. Flynn (USA-Ret.)."

6. The first request sought records about a January 12, 2017 request to "unmask" Lieutenant General Flynn submitted to NSA by or on behalf of then-Vice President Joe Biden.

7. The second request sought records about requests to "unmask" Lieutenant General Flynn submitted to NSA by or on behalf of the following officials on the dates or date ranges indicated:

| | | | |
|---|---|---|---|
| a. | Samantha Powers | Nov. 30, 2016 to Jan. 11, 2017 |
| b. | James Clapper | Dec. 2, 2016 to Jan. 7, 2017 |
| c. | Kelly Degnan | Dec. 6, 2016 |
| d. | John R. Phillips | Dec. 6, 2016 |
| e. | John Brennan | Dec. 14 & 15, 2016 |
| f. | Patrick Conlon | Dec. 14, 2016 |
| g. | Jacob Lew | Dec. 14 & 15, 2016 |
| h. | Arthur McGlynn | Dec. 14, 2016 |
| i. | Mike Neufeld | Dec. 14, 2016 |

| | | |
|---|---|---|
| j. | Sarah Raskin | Dec. 14, 2016 |
| k. | Nathan Sheets | Dec. 14, 2016 |
| l. | Adam Szubin | Dec. 14, 2016 |
| m. | Robert Bell | Dec. 15, 2016 |
| n. | John Christenson | Dec. 15, 2016 |
| o. | James Comey | Dec. 15, 2016 |
| p. | Paul Geehreng | Dec. 15, 2016 |
| q. | Douglas Lute | Dec. 15, 2016 |
| r. | James Hursh | Dec. 15, 2016 |
| s. | Lee Litzenberger | Dec. 15, 2016 |
| t. | Scott Parrish | Dec. 15, 2016 |
| u. | Elizabeth Sherwood-Randall | Dec. 15, 2016 |
| v. | Tamir Waser | Dec. 15, 2016 |
| w. | John Tefft | Dec. 16, 2016 |
| x. | John Bass | Dec. 28, 2016 |
| y. | Denis McDonough | Jan. 5, 2017 |
| z. | Michael Dempsy | Jan. 7, 2017 |
| aa. | Stephanie O'Sullivan | Jan. 7, 2017. |

This second FOIA request also sought records about a request to "unmask" Lieutenant General Flynn submitted to NSA by or on behalf of the Deputy Assistant Director of the National Media Exploitation Center, whose name was not known, on December 15, 2016.

8. The names of officials and dates identified in Plaintiff's requests were taken directly from a list prepared by NSA on May 4, 2020. The list was declassified by Acting Director of National Intelligence Richard A. Grenell on May 8, 2020 and made public by Grenell

on May 13, 2020.  A copy of the list and accompanying cover letter signed by Grenell is attached as Exhibit 1.

9. NSA acknowledged receipt of Plaintiff's requests by letters dated September 9, 2020.  NSA's letters advised Plaintiff that the Biden request had been assigned FOIA Case Number 110269 and the larger request had been assigned FOIA Case Number 110270.

10. As of the date of this Complaint, NSA has not made a determination about whether it will comply with Plaintiff's FOIA requests, notified Plaintiff of any determination, or notified Plaintiff of its right to appeal any adverse determination to the head of the agency.  Nor has NSA produced any records responsive to the requests, indicated when any responsive records will be produced, or demonstrated that responsive records are exempt from production.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

11. Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12. Defendant is in violation of FOIA.

13. Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

14. Plaintiff has no adequate remedy at law.

15. To trigger FOIA's administrative exhaustion requirement, Defendant was required to make final determinations on Plaintiff's requests by October 7, 2020 at the latest.  Because Defendant failed to make final determinations on Plaintiff's requests within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to search for any and all records responsive to Plaintiff's FOIA requests and demonstrate that it

employed search methods reasonably calculated to uncover all records responsive to the requests; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests and a Vaughn index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  October 27, 2020

Respectfully submitted,

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:     (202) 646-5172
Fax:     (202) 646-5199
Email:  porfanedes@judicialwatch.org

*Counsel for Plaintiff*