# **EXHIBIT 1**

UNCLASSIFIED

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

MAY 1 3 2020

The Honorable Charles E. Grassley
Chairman
Committee on Finance
United States Senate
Washington, DC  20510

The Honorable Ron Johnson
Chairman
Committee on Homeland Security
United States Senate
Washington, DC  20510

Senators Grassley and Johnson,

    On 8 May 2020 I declassified the enclosed document, which I am providing to you for your situational awareness.

Sincerely,

Richard A. Grenell
Acting Director

Enclosure

UNCLASSIFIED

~~SECRET//NOFORN~~



**NATIONAL SECURITY AGENCY**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

4 May 2020

MEMORANDUM FOR DIRECTOR OF NATIONAL INTELLIGENCE

SUBJECT: ~~(S//NF)~~ Follow-up Unmasking Requests *re* Former National Security Advisor

~~(S//NF)~~ Per your email request of 3 May 2020, I am providing a revised list of identities of any officials who submitted requests to the National Security Agency at any point between 8 November 2016 and 31 January 2017, to unmask the identity of former National Security Advisor, Lieutenant General Michael T. Flynn (USA-Ret). The original list was in alphabetical order; the revised list is in chronological order, including the date the request was received.

~~(U//FOUO)~~ Consistent with the original response, dated 1 May 2020, this information is provided pursuant to the oversight authorities vested with the Director of National Intelligence, and a copy of this correspondence will be provided to the Secretary of Defense.

PAUL M. NAKASONE
General, U.S. Army
Director

Encl: a/s

Classified By: ▮▮▮▮
Derived From: NSA/CSSM 1-52
Dated: 20180110
Declassify On: 20450401

~~SECRET//NOFORN~~

SECRET//NOFORN

(S//NF) Below is a list of recipients who may have received Lt. Gen Flynn's identity in response to a request processed between 8 November 2016 and 31 January 2017 to unmask an identity that had been generically referred to in an NSA foreign intelligence report. Each individual was an authorized recipient of the original report and the unmasking was approved through NSA's standard process, which includes a review of the justification for the request. Only certain personnel are authorized to submit unmasking requests into the NSA system. In this case, 16 authorized individuals requested unmaskings for ▇ different NSA intelligence reports for select identified principals. While the principals are identified below, we cannot confirm they saw the unmasked information. This response does not include any requests outside of the specified time-frame.

(S//NF)

| |
|---|
| U.S. Ambassador to the United Nations - Samantha Power<br>30-Nov-16<br>2-Dec-16<br>7-Dec-16<br>14-Dec-16 (two requests)<br>23-Dec-16<br>11-Jan-17 |
| Director for National Intelligence – James R. Clapper<br>2-Dec-16<br>28-Dec-16<br>7-Jan-17 |
| Deputy Chief of Mission - Kelly Degnan<br>6-Dec-16 |
| U.S. Ambassador to Italy and the Republic of San Marino - John R. Phillips<br>6-Dec-16 |
| Director of the CIA – John O. Brennan<br>14-Dec-16<br>15-Dec-16 |
| OIA Director - Patrick Conlon<br>14-Dec-16 |
| Secretary of the Treasury – Jacob Lew<br>14-Dec-16<br>12-Jan-17 |
| Acting Assistant Secretary Treasury - Arthur "Danny" McGlynn<br>14-Dec-16 |
| Acting Deputy Assistant Secretary Treasury - Mike Neufeld<br>14-Dec-16 |
| Deputy Secretary of the Treasury - Sarah Raskin<br>14-Dec-16 |
| Under Secretary Treasury - Nathan Sheets<br>14-Dec-16 |

(S//NF)

Classified By: ▇
Derived From: NSA/CSSM 1-52
Dated: 20180110
Declassify On: 20450501

SECRET//NOFORN

SECRET//NOFORN

(S//NF)

| | |
|---|---|
| Acting Under Secretary Treasury - Adam Szubin | 14-Dec-16 |
| USNATO Defense Advisor (DEFAD) - Mr. Robert Bell | 15-Dec-16 |
| U.S. Representative to the NATO Military Committee - VADM Christenson | 15-Dec-16 |
| Director of the Federal Bureau of Investigation – James Comey | 15-Dec-16 |
| Chief Syria Group - ▇ | 15-Dec-16 |
| Deputy Assistant Director of NEMC ▇ | 15-Dec-16 |
| USNATO Office of the Defense Advisor (ODA) Policy Advisor for Russia - Lt. Col. Paul Geehreng | 15-Dec-16 |
| U.S. NATO ▇ Advisor to Ambassador Douglas Lute - ▇ | 15-Dec-16 |
| USNATO Deputy DEFAD - Mr. James Hursh | 15-Dec-16 |
| Chief Syria Group ▇ | 15-Dec-16 |
| US Deputy Chief of US Mission to NATO (USNATO) - Mr. Litzenberger | 15-Dec-16 |
| US Permanent Representative (PermRep) to NATO - Ambassador Douglas Lute | 15-Dec-16 |
| USA - DOE-IN - Executive Briefer - ▇ | 15-Dec-16 |
| USNATO Political Officer ▇ - Mr. Scott Parrish | 15-Dec-16 |
| USA - DOE - Deputy Secretary of Energy - Elizabeth Sherwood-Randall | 15-Dec-16 |
| USA - DOE-IN - Executive Briefer - ▇ | 15-Dec-16 |
| USNATO Political Advisor (POLAD) - Mr. Tamir Waser | 15-Dec-16 |
| COS ▇ | 16-Dec-16 |
| CMO ▇ | 16-Dec-16 |
| DCOS ▇ | 16-Dec-16 |
| U.S. Ambassador to Russia - John Tefft | 16-Dec-16 |
| CMO ▇ | 16-Dec-16 |

(S//NF)

SECRET//NOFORN

~~SECRET//NOFORN~~

(S//NF)

| | |
|---|---|
| U.S. Ambassador to Turkey - Ambassador Bass | |
| 28-Dec-16 | |
| Chief of Staff to the President of the United States – Denis McDonough | |
| 5-Jan-17 | |
| Deputy Director of National Intelligence for Intelligence Integration – Michael Dempsey | |
| 7-Jan-17 | |
| Principal Deputy Director of National Intelligence - Stephanie L. O'Sullivan | |
| 7-Jan-17 | |
| CIA/CTMC – ▮▮▮▮▮▮▮▮ | |
| 10-Jan-17 | |
| Vice President of the United States – Joseph R. Biden | |
| 12-Jan-17 | |

(S//NF)

~~SECRET//NOFORN~~