UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-3088 (TJK) |
| ) | |
| NATIONAL SECURITY AGENCY, ) | |
| ) | |
| Defendant. ) | |

# DECLARATION OF DAVID ROTHSTEIN

I, David Rothstein, declare as follows:

1. My name is David Rothstein. I am over eighteen years of age, of sound mind, and am fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am employed with Judicial Watch, Inc. in Washington, DC.

3. I effected service of process on defendant in this lawsuit filed by Judicial Watch, Inc. by Certified U.S. Mail. The results of this service of process follow.

4. According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet attached hereto (*See* Exhibit 1), service of process was effected on the U.S. Attorney for the District of Columbia at 555 Fourth Street NW, Washington, DC 20530, on November 23, 2020.

5. According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet attached hereto (*See* Exhibit 2), service of process was effected on the U.S.

1

Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530, on November 23, 2020.

      6.    According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet attached hereto (*See* Exhibit 3), service of process was effected on Defendant National Security Agency at 9800 Savage Rd., Suite 6272, Ft. George G. Meade, MD 20755-6000, on November 20, 2020.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 24, 2020 in Washington, DC.

                                      */s/ David Rothstein*

# EXHIBIT 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____         Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To  US Attorney for DC
Street and Apt. No., or PO Box No.  555 4th St. NW
City, State, ZIP+4®  Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0000 6179 4699

USPS Tracking® FAQs

Track Another Package +

Remove X

**Tracking Number:** 70181830000061984699

Your item was delivered at 4:53 am on November 23, 2020 in BRATTLEBORO, VT 05302.


Delivered

November 23, 2020 at 4:53 am
Delivered
BRATTLEBORO, VT 05302

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∧

November 23, 2020, 4:53 am
Delivered
BRATTLEBORO, VT 05302
Your item was delivered at 4:53 am on November 23, 2020 in BRATTLEBORO, VT 05302.

November 21, 2020, 11:35 am
Available for Pickup
WASHINGTON, DC 20530

November 21, 2020, 11:08 am
Arrived at Unit
WASHINGTON, DC 20018

**November 20, 2020**
In Transit to Next Facility

**November 18, 2020, 11:59 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 18, 2020, 12:02 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Product Information 

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# EXHIBIT 2



USPS Tracking® FAQs >

Track Another Package +

Remove X

**Tracking Number:** 70181830000061984804

Your item was delivered at 4:53 am on November 23, 2020 in BRATTLEBORO, VT 05302.

## ✓ Delivered

November 23, 2020 at 4:53 am
Delivered
BRATTLEBORO, VT 05302

Get Updates ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

November 23, 2020, 4:53 am
Delivered
BRATTLEBORO, VT 05302
Your item was delivered at 4:53 am on November 23, 2020 in BRATTLEBORO, VT 05302.

November 21, 2020, 11:35 am
Available for Pickup
WASHINGTON, DC 20530

November 21, 2020, 11:07 am
Arrived at Unit
WASHINGTON, DC 20018

**November 20, 2020**
In Transit to Next Facility

**November 18, 2020, 12:01 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 18, 2020, 12:01 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Product Information ⌄

See Less ⌃



Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# EXHIBIT 3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To National Security Agency
Street and Apt. No., or PO Box No. 9800 Savage Rd. Suite 6272
City, State, ZIP+4® Ft. George G Meade, MD 20755-6000

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7018 1830 0000 6198 4798

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70181830000061984798

Your item has been delivered to an agent for final delivery in FORT GEORGE G MEADE, MD 20755 on November 20, 2020 at 7:10 am.

## ✓ Delivered to Agent

November 20, 2020 at 7:10 am
Delivered to Agent for Final Delivery
FORT GEORGE G MEADE, MD 20755



Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

November 20, 2020, 7:10 am
Delivered to Agent for Final Delivery
FORT GEORGE G MEADE, MD 20755
Your item has been delivered to an agent for final delivery in FORT GEORGE G MEADE, MD 20755 on November 20, 2020 at 7:10 am.

---

November 19, 2020, 10:52 am
Available for Pickup
FORT GEORGE G MEADE, MD 20755

**November 19, 2020, 10:22 am**
Arrived at Unit
FORT GEORGE G MEADE, MD 20755

**November 19, 2020, 7:10 am**
Out for Delivery
FORT GEORGE G MEADE, MD 20755

**November 18, 2020, 5:56 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**November 18, 2020, 12:02 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**Product Information** 

Feedback

**See Less** ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**