UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH,

    *Plaintiff*,

v.

NATIONAL SECURITY AGENCY,

    *Defendant*.

Civ. A. No. 20-3088 (TJK)

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's minute order entered January 19, 2021, respectfully submit this joint status report:

1.  This action involves Plaintiff's two September 1, 2020 FOIA requests seeking from Defendant records of requests from government officials to "unmask the identity of former National Security Advisor, Lt. General Michael T. Flynn." ECF No. 1 ¶¶ 5-7.

2.  Prior to the first status report, *see* ECF No. 11, counsel for the parties discussed the scope and time frame of the requests.

3.  Based on these understandings, Defendant has completed searches and is in the process of reviewing the records for responsiveness. Defendant intends to complete that initial review by April 23, 2021, and then propose a schedule for processing. The parties concur that further discussions would be helpful to resolve, narrow, or clarify areas of disagreement, and propose to continue updating the Court by filing status reports to bring any specific disputes to the Court's attention. Accordingly, the parties propose to file a status report on May 3, 2021, updating the Court on the status of processing and proposing a schedule for next steps.

- 2 -

Dated: March 16, 2021

*/s/ Meredith Di Liberto*
MEREDITH DI LIBERTO
D.C. Bar No. 487733
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: mdiliberto@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Amy E. Powell*
AMY E. POWELL
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendant*