IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> NATIONAL SECURITY AGENCY, ) <br> ) <br> *Defendant*. ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:20-cv-3088 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of March 16, 2021, the parties hereby submit a Joint Status Report ("JSR"), which includes the parties' joint proposal for further proceedings.

1. This lawsuit concerns Plaintiff's two September 1, 2020 Freedom of Information Act ("FOIA") requests, seeking from Defendant National Security Agency ("NSA") records of requests from government officials to "unmask the identity of former National Security Advisor, Lt. Gen. Michael t. Flynn." Dkt. No. 1 ¶¶ 5-7.

2. In the parties' last JSR, filed on March 16, 2021, Dkt. No. 12, NSA reported to the Court that it had completed its search and was in the process of reviewing its initial search results for responsiveness, *id.* ¶ 3.

3. NSA has completed its responsiveness review. The initial review revealed 21 responsive documents, totaling more than 200 pages. However, NSA discovered that, due to a technical issue with the system from which the responsive records were retrieved, at least some (and possibly all) of the documents exported from that system for this case do not properly display all information associated with the responsive records. NSA is thus presently working expeditiously to

resolve this technical issue, which may require the exporting and processing of additional documents and/or pages.

    a. Plaintiff requests that NSA complete its record retrieval by June 21, 2021.

    b. NSA currently has no estimate on when the technical issue will be resolved, but is willing to provide Plaintiff with an update on the record retrieval process by June 21, 2021.

4. After NSA resolves the document retrieval issue, NSA will proceed with processing all responsive documents in accordance with FOIA. Based on its initial responsiveness review, NSA anticipates that most or all of these documents implicate the equities of other agencies, and thus will require inter-agency consultation. Accordingly, NSA does not, at present, have an estimated completion date.

5. The parties have conferred, and in light of the above-describe circumstances, jointly propose that they file a further Joint Status Report on or before July 23, 2021, in which NSA will provide an update on the progress of its record retrieval and, if applicable, processing efforts, and the parties will propose a schedule for further proceedings.

                              Respectfully submitted,

| JUDICIAL WATCH, INC. | BRIAN M. BOYNTON |
| --- | --- |
|  | Acting Assistant Attorney General |
| */s/ Meredith Di Liberto* |  |
| Meredith Di Liberto | ELIZABETH J. SHAPIRO |
| (D.C. Bar No. 487733) | Deputy Branch Director |
| JUDICIAL WATCH, INC. |  |
| 425 Third Street SW, Suite 800 | */s/ Antonia Konkoly* |
| Washington, DC  20024 | Antonia Konkoly |
| Tel.: (202) 646-5172 | Trial Attorney |
| Email:  mdiliberto@judicialwatch.org | U.S. Department of Justice |
|  | Civil Division, Federal Programs Branch |
| *Counsel for Plaintiff* | 1100 L St., NW, Room 11110 |
|  | Washington, DC  20005 |
|  | (202)514-2395 (direct) |

(202)616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendant*

DATED: May 14, 2021