IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br>    *Plaintiff*, ) <br> ) <br>    *v.* ) <br> ) <br> NATIONAL SECURITY AGENCY, ) <br> ) <br>    *Defendant*. ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:20-cv-3088 (TJK) |

## **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of September 17, 2021, the parties hereby submit a Joint Status Report ("JSR"), which includes the parties' joint proposal for further proceedings.

1.  This lawsuit concerns Plaintiff's two September 1, 2020 Freedom of Information Act ("FOIA") requests, seeking from Defendant National Security Agency ("NSA") records of requests from government officials to "unmask the identity of former National Security Advisor, Lt. Gen. Michael t. Flynn." Dkt. No. 1 ¶¶ 5-7.

2.  In the parties' last JSR, filed on September 17, 2021, Dkt. No. 16, NSA reported to the Court that it had completed its responsiveness review; that most or all of these responsive documents its search had located implicate the equities of other agencies and thus require inter-agency consultation; and that NSA had begun the consultation process and expected to make all consultation requests by October 29, 2021. *See id.* ¶¶ 2-4.

3.  In the interim since the parties' last JSR (and prior to October 29, 2021), NSA

made all consultation requests, approximately half of which have, as of the date of this filing, been returned to NSA. As to the documents that have been returned, NSA is proceeding expeditiously with further—and final—processing, but does not presently have an estimated date by which it expects to complete processing as to this subset of documents. However, NSA will make rolling productions, as appropriate, as this processing is completed.

4. NSA also does not presently have an estimated date by which it expects the outstanding consultations to be returned to it.

5. The parties have conferred, and in light of the above-described circumstances, jointly propose that they file a further Joint Status Report on or before January 19, 2022, in which NSA will provide an update on the progress of its processing efforts, and the parties will propose a schedule for further proceedings.

Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| */s/ Meredith Di Liberto*<br>Meredith Di Liberto<br>(D.C. Bar No. 487733)<br>JUDICIAL WATCH, INC.<br>425 Third Street SW, Suite 800<br>Washington, DC  20024<br>Tel.: (202) 646-5172<br>Email:  mdiliberto@judicialwatch.org | ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/ Antonia Konkoly*<br>Antonia Konkoly<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW, Room 11110<br>Washington, DC  20005<br>(202)514-2395 (direct)<br>(202)616-8470<br>antonia.konkoly@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

DATED: November 16, 2021