IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| *v.* ) | Civil Action No. 1:20-cv-3088 (TJK) |
| ) | |
| NATIONAL SECURITY AGENCY, ) | |
| ) | |
| *Defendant*. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of November 17, 2021, the parties hereby submit a Joint Status Report ("JSR"), which includes the parties' joint proposal for further proceedings.

1. This lawsuit concerns Plaintiff's two September 1, 2020 Freedom of Information Act ("FOIA") requests, seeking from Defendant National Security Agency ("NSA") records of requests from government officials to "unmask the identity of former National Security Advisor, Lt. Gen. Michael t. Flynn." Dkt. No. 1 ¶¶ 5-7.

2. In the parties' last JSR, filed on November 16, 2021, Dkt. No. 17, NSA reported to the Court that it had completed its responsiveness review; that most or all of the responsive documents its search had located implicate the equities of other agencies and thus require inter-agency consultation; that NSA had made all consultation requests, approximately half of which had, as of the date of the parties' last filing, been returned to NSA. *See id.* ¶¶ 2-4.

3. In the interim since the parties' last JSR, two additional documents that NSA had sent out for consultation have been returned to the agency.

4. NSA is proceeding expeditiously with further—and final—processing of the documents

that, to date, have been returned to it from outside consultations. NSA will make rolling productions as this processing is completed and intends to make its first production on or before March 18, 2022.

5. NSA also does not presently have an estimated date by which it expects the outstanding consultations to be returned to it.

5. The parties have conferred, and in light of the above-described circumstances, jointly propose that they file a further Joint Status Report on or before March 18, 2022, in which NSA will provide an update on the progress of its processing efforts and consultation responses, and the parties will propose a schedule for further proceedings.

                                                    Respectfully submitted,

JUDICIAL WATCH, INC.                                BRIAN M. BOYNTON
                                                    Acting Assistant Attorney General
/s/ Meredith Di Liberto
Meredith Di Liberto                                 ELIZABETH J. SHAPIRO
(D.C. Bar No. 487733)                               Deputy Branch Director
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800                      /s/ Antonia Konkoly
Washington, DC  20024                               Antonia Konkoly
Tel.: (202) 646-5172                                Trial Attorney
Email:  mdiliberto@judicialwatch.org                U.S. Department of Justice
                                                    Civil Division, Federal Programs Branch
*Counsel for Plaintiff*                             1100 L St., NW, Room 11110
                                                    Washington, DC  20005
                                                    (202)514-2395 (direct)
                                                    (202)616-8470
                                                    antonia.konkoly@usdoj.gov

                                                    *Counsel for Defendant*

DATED: January 19, 2022