IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>    *Plaintiff*, )<br>)<br>    *v.* )<br>)<br>NATIONAL SECURITY AGENCY, )<br>)<br>    *Defendant*. )<br>)<br>)<br>)<br>) | Civil Action No. 1:20-cv-3088 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 18, 2022, the parties hereby submit a Joint Status Report ("JSR"), which includes the parties' joint proposal for further proceedings.

1.    This lawsuit concerns Plaintiff's two September 1, 2020 Freedom of Information Act ("FOIA") requests, seeking from Defendant National Security Agency ("NSA") records of requests from government officials to "unmask the identity of former National Security Advisor, Lt. Gen. Michael t. Flynn." Dkt. No. 1 ¶¶ 5-7.

2.    In the parties' last JSR, filed on May 17, 2022, Dkt. No. 19, NSA reported to the Court that it had completed its responsiveness review; that most or all of the responsive documents its search had located implicate the equities of other agencies and thus require inter-agency consultation; that NSA had made all consultation requests, some of which had, as of the date of the parties' last filing, been returned to NSA. *See id*. ¶¶ 2-3. NSA further reported that it was proceeding expeditiously with further—and final—processing of the documents that, to

date, had been returned to it from outside consultations. *Id.* ¶¶ 2-4. Finally, NSA reported that it will make rolling productions as this processing is completed, and that, as of the date of the last JSR, it had made an initial production on March 16, 2022. *Id.* ¶ 4.

3. NSA reports that, in comportment with the above, it made a second interim production on May 18, 2022.

4. NSA is currently processing documents that have been returned to it from outside consultations

5. In the course of processing the documents that have been returned to it, NSA has been required to return some such documents to an outside agency for additional inter-agency consultation. NSA continues to await the return of those documents and others that were referred to outside agencies for consultation. NSA will process all such documents once they are returned.

6. The parties have conferred, and in light of the above-described circumstances, jointly propose that they file a further Joint Status Report on or before September 16, 2022, in which NSA will provide an update on the progress of its processing efforts and consultation responses, and the parties will propose a schedule for further proceedings.

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Meredith Di Liberto*
Meredith Di Liberto
(D.C. Bar No. 487733)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC  20024
Tel.: (202) 646-5172

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Antonia Konkoly*
Antonia Konkoly

Email:  mdiliberto@judicialwatch.org

*Counsel for Plaintiff*

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC  20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendant*

DATED: July 15, 2022