IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>   *Plaintiff*, )<br>)<br>   *v.* )<br>)<br>NATIONAL SECURITY AGENCY, )<br>)<br>   *Defendant*. )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:20-cv-3088 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 17, 2022, the parties hereby submit a Joint Status Report ("JSR"), which includes the parties' joint proposal for further proceedings.

1. This lawsuit concerns Plaintiff's two September 1, 2020 Freedom of Information Act ("FOIA") requests, seeking from Defendant National Security Agency ("NSA") records of requests from government officials to "unmask the identity of former National Security Advisor, Lt. Gen. Michael t. Flynn." Dkt. No. 1 ¶¶ 5-7.

2. In the parties' last JSR, filed on November 15, 2022, Dkt. No. 23, NSA reported to the Court that it had completed its responsiveness review; that most or all of the responsive documents its search had located implicate the equities of other agencies and thus require inter-agency consultation; that NSA had made all consultation requests, some of which had, as of the date of the parties' last filing, been returned to NSA. *See id.* ¶ 2. NSA further reported that it was proceeding expeditiously with further—and final—processing of the documents that, to

date, had been returned to it from outside consultations. *Id*. Finally, NSA reported that it will make rolling productions as this processing is completed, and that, as of the date of the last JSR, it had made three interim productions on March 16, May 18, and August 22, 2022, respectively. *Id.* ¶¶ 2-3.

3. NSA now reports that on January 12, 2023, it made a fourth and final production in this matter.

4. The parties have conferred, and jointly propose that they file a further JSR on or before March 17, 2023, in order to afford Plaintiff a period of time to review all produced documents, and for the parties to begin a conferral process (should one be necessary) regarding NSA's productions. To the extent that this case remains pending on that date, in their next JSR the parties will provide the Court with an update on the status of this matter, and propose a schedule for further proceedings.

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Meredith Di Liberto*
Meredith Di Liberto
(D.C. Bar No. 487733)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel.: (202) 646-5172
Email: mdiliberto@judicialwatch.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Antonia Konkoly*
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendant*

DATED: January 13, 2023